UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Steven Sanchez<br>    Lori A Sanchez<br>          Debtor(s) | Case No. 16 B 22280 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/12/2016.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 09/13/2016.

6) Number of months from filing to last payment: 2.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $1,000.00 |
| Less amount refunded to debtor | $868.00 |

**NET RECEIPTS:** $132.00

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $32.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $32.00

Attorney fees paid and disclosed by debtor:        $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACC International | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| Alliance One receivables Management, Inc | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| Allied Interstate LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Amazon | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ARS National Services, Inc | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Berwyn Orthopedic Surgeons | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| Bill Me Later | Unsecured | 15,000.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Secured | 13,970.00 | 13,224.88 | 13,224.88 | 100.00 | 0.00 |
| CAPITAL ONE BANK USA N | Unsecured | 660.00 | NA | NA | 0.00 | 0.00 |
| Cash America Jewelry and Loan of Chicag | Secured | 740.00 | NA | 740.00 | 0.00 | 0.00 |
| Chase | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago EMS | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| COLLINS ASSET GROUP | Unsecured | 514.00 | NA | NA | 0.00 | 0.00 |
| COLLINS ASSET GROUP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ComEd | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Community Pathology | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| Continental Finance | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| CRDT FIRST | Unsecured | 767.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Education/Neln | Unsecured | 14,951.00 | NA | NA | 0.00 | 0.00 |
| Dsnb Macys | Unsecured | 511.00 | NA | NA | 0.00 | 0.00 |
| Edfinancial Services L | Unsecured | 4,485.00 | NA | NA | 0.00 | 0.00 |
| Firestone Complete Auto Care | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 447.00 | NA | NA | 0.00 | 0.00 |
| Fst Premier | Unsecured | 802.00 | NA | NA | 0.00 | 0.00 |
| Gettington.com | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 8.16 | 8.16 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 700.00 | 800.72 | 800.72 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYST | Unsecured | 1,406.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYST | Unsecured | 867.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 7,345.00 | NA | NA | 0.00 | 0.00 |
| Monarch Recovery Management, Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Navient | Unsecured | 20,417.00 | NA | NA | 0.00 | 0.00 |
| Newegg | Unsecured | 27,000.00 | NA | NA | 0.00 | 0.00 |
| North Shore Agency | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Northland Group Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Memorial Hospital | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Oaklawn Radiology | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Paypal | Unsecured | 1,217.67 | NA | NA | 0.00 | 0.00 |
| Penn Credit Corporatio | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Peoples Engy | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Ass | Unsecured | 6,342.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 2,958.00 | 2,958.07 | 2,958.07 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Seventh Avenue c/o Creditors Bankruptcy | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Stoneberry | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| T Mobile USA | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| Tate & Kirlin Assoc | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| TCF | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Vengroff Williams Inc | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK/FINGERHUT FRES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $13,224.88 | $100.00 | $0.00 |
| All Other Secured | $740.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$13,964.88** | **$100.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $800.72 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$800.72** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$2,966.23** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $32.00 |
| Disbursements to Creditors | $100.00 |
| **TOTAL DISBURSEMENTS** : | **$132.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/05/2017                              By: /s/ Marilyn O. Marshall
                                                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**